Jonathan Gross, State Bar No. 122010
jgross@moundcotton.com
Megan Wendell, State Bar No. 238423
mwendell@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Telephone: (510) 616-9371
Facsimile: (510) 900-9381

Attorneys for Defendant
INDEMNITY INSURANCE COMPANY
OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROWER DIRECT NUT COMPANY, INC., a California corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania Corporation,<br><br>　　　Defendants. | Case No. 2:24-cv-03468-DJC-CSK<br><br>**ORDER GRANTING STIPULATION PERMITTING DEFENDANT TO FILE COUNTERCLAIM**<br><br><br>Judge: Hon. Daniel J. Calabretta<br>Complaint Filed: 10/10/2024 |

51519000.2　　ORDER GRANTING STIPULATION PERMITTING DEFENDANT TO FILE COUNTERCLAIM

# **ORDER**

The Court having reviewed the foregoing Stipulation and good cause appearing, IT IS ORDERED that:

1.      Defendant is granted leave to file its counterclaim.

2.      Defendant shall file the counterclaim within three days of the date of this Order.

3.      Plaintiff shall respond to the counterclaim within the time permitted under the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated:  March 16, 2026                            /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371   FACSIMILE: (510) 900-9381

51519002

ORDER GRANTING STIPULATION PERMITTING DEFENDANT TO FILE COUNTERCLAIM